UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____

SALAHUDDIN SMART,                    1:20-cv-6598 (NLH) (KMW)

           Plaintiff,            **MEMORANDUM OPINION & ORDER**

   v.

PHILLIP D. MURPHY, et al.,

           Defendants.
_____

**APPEARANCES**:

Salahuddin Smart
211774C
Bayside State Prison
PO Box F-1
Leesburg, NJ 08327

   Plaintiff Pro se

**HILLMAN, District Judge**

   WHEREAS, Plaintiff Salahuddin Smart submitted a complaint on May 29, 2020, see ECF No. 1; and

   WHEREAS, the Court administratively terminated the complaint due to Plaintiff's failure to pay the filing fee or submit a complete in forma pauperis application, see ECF No. 3; and

   WHEREAS, Plaintiff wrote to the Court on July 13, 2020 requesting additional time to comply with the Court's order and an application for the appointment of pro bono counsel, see ECF No. 4,

THEREFORE, IT IS on this __17th__ day of July, 2020

ORDERED that Plaintiff's request for an extension of time, ECF No. 4, is granted.  Plaintiff may have an additional 30 days to comply with the Court's June 1, 2020 Order; and it is further

ORDERED that the Clerk shall send Plaintiff a blank application for pro bono counsel in a civil rights case, DNJ-ProSe-001-04-(03/15); and it is finally

ORDERED that the Clerk shall send a copy of this Order to Plaintiff by regular mail.

|  |  |
|---|---|
| At Camden, New Jersey | s/ Noel L. Hillman<br>NOEL L. HILLMAN, U.S.D.J. |